UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 97-50755

GERALD ROLF, ET AL.,

Plaintiffs-Appellants,

versus

CITY OF SAN ANTONIO; SAN
ANTONIO WATER SYSTEM, ET AL.,

Defendants-Appellees.

Appeal from the United States District Court
for the Western District of Texas

(SA-92-CV-1167)

August 10, 1998

Before POLITZ, Chief Judge, WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

    This matter is on appeal of an adverse summary judgment by the several

---

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

plaintiffs-appellants in their action against the City of San Antonio, its water system, and several officials thereof. Having considered the briefs and oral arguments of counsel, and pertinent parts of the record, and on the basis of the facts as detailed, authorities cited and analysis made by the district court in its Order Granting Summary Judgment signed, entered, and filed on May 22, 1997, the judgment appealed is AFFIRMED.